WILLIAM L & BETTY J METHVIEN        INVOICE DATE: 02/26/2018
                                    SS NUMBER:      -9132
PO BOX 815                          TELEPHONE:
DENHAM SPRINGS LA 70727-            INVOICE NO.:        18

## 2017 INVOICE

| | Description | |
|---|---|---|
| 1 | FORM 1040 | 150.00 |
| 1 | FORM W-2 AND W-2PR, WAGE AND TAX STATEMENT | 5.00 |
| 1 | FORM 1099G, UNEMPLOYMENT COMPENSATION | 5.00 |
| 3 | FORM 1099R, PENSION, ANNUITY, PROFIT SHARING DISTRIBUTIONS | 15.00 |
| 1 | FORM 8880, CREDIT FOR QUALIFIED RETIREMENT SAVINGS | 5.00 |
| 1 | AFFORDABLE CARE ACT WORKSHEET | 5.00 |
| 1 | SOCIAL SECURITY, RAILROAD TIER 1 RETIREMENT WORKSHEET | 5.00 |
| 1 | ELECTRONIC FILING FEE | 5.00 |
| 1 | LA STATE RESIDENT RETURN | 50.00 |

Remarks:
REQUEST TAX PREP FEES BE PAID OUT OF TAX REFUND.

| | |
|---|---|
| Total Charges | 245.00 |
| Discount | 70.00 |
| Sales Tax | |
| Payments | |
| Amount Due | 175.00 |

X William R. Methvien   Betty J Methvien

© 2017 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.

INVOICE