UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: WILLIAM METHVIEN                                  CASE NO.: 17-11172
                                                         CHAPTER 13

CERTIFICATE OF SERVICE

    I, Monica Braud, hereby certify, that a copy of the above and foregoing Exparte Motion for Compensation was filed electronically with the clerk of court using the CM/ECF system. Notice of this filing will be sent to Annette Crawford, Chapter 13 Trustee, crawfordtrustee@annettecrawford.com and the U.S. Trustee, ustp.region05@usdoj.gov, by operation of the court's electronic filing system.

    Baton Rouge, Louisiana on March 5, 2018.

                                                        s/Monica Braud
                                                   MONICA BRAUD