**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:  William Lin Methvien                               CASE NO.: 17-11172

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above Motion to Request Cancellation of Status Conference has been mailed, first class, postage pre-paid, to the following:

William Lin Methvien
P.O. Box 815
Denham Springs, LA  70727

Service has been made electronically to the interested parties, at the addresses indicated below:

DERREN S JOHNSON Attorney for Debtor
derrenjohnson@aol.com

U.S. Trustee
ustp.region05@usdoj.gov

Baton Rouge, Louisiana, this 3rd day of April 2018.

s/Gin Tanner
GIN TANNER
ASSISTANT OFFICE MANAGER
FOR ANNETTE C. CRAWFORD,
CHAPTER 13 STANDING TRUSTEE
