## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:   WILLIAM LIN METHVIEN                                    CASE NO. 17-11172

ORDER

Considering the Ex Parte Motion to Cancel Status Conference, filed by Annette C. Crawford, Chapter 13 Trustee,

IT IS ORDERED that the Status Conference set for 4/4/2018 is cancelled.

Baton Rouge, Louisiana, April 3, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                           Middle District of Louisiana
In re:                                                          Case No. 17-11172-ddd
William Lin Methvien                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 053N-3          User: jpoc               Page 1 of 1          Date Rcvd: Apr 03, 2018
                              Form ID: pdf801          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
```
db             +William Lin Methvien,    P.O. Box 815,   Denham Springs, LA 70727-0815
op             +Derren Johnson,   1200 South Acadian Thruway,   Baton Rouge, LA 70806-6900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
           ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
```
              Annette C. Crawford    crawfordtrustee@annettecrawford.com
              Derren S. Johnson    on behalf of Debtor William Lin Methvien derrenjohnson@aol.com,
               jecomonica@bellsouth.net;derrensjohnson@gmail.com;vknance@gmail.com;JohnsonDR49611@notify.bestcas
               e.com
              U.S. Trustee   ustp.region05@usdoj.gov
                                                                                             TOTAL: 3
```