UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:    WILLIAM LIN METHVIEN                                CASE NO.:  17-11172

**OBJECTION TO UNSECURED PORTION OF CLAIM**

The Trustee objects to the allowance of the unsecured portion of the court claim #15 filed by:

TRAILRIDGE RENTAL SERVICES
P O BOX 648
MAYFIELD, KY 42066

in the amount of $4,141.42 filed on June 4, 2018, (total claim filed is $7,141.42).

The Trustee objects to the above mentioned unsecured portion of the claim in the amount of $4,141.42 because it was filed after the bar date April 30, 2018.

The Trustee recommends that this unsecured portion of the claim be DISALLOWED.

A copy of the above Objection was mailed to the above named creditor at the address shown above.

Baton Rouge, LA this 17 day of August, 2018.

RESPECTFULLY SUBMITTED,

s/Annette C. Crawford
Annette C. Crawford,
Chapter 13 Standing Trustee
8778 Goodwood Blvd
Baton Rouge LA 70806
Phone: (225) 928-2531
crawfordtrustee@annettecrawford.com