UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:  WILLIAM LIN METHVIEN                           CASE NO. 17-11172
        DEBTOR                                                      CHAPTER 13

ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

Considering the debtor's Application to Employ Special Counsel, the supporting affidavit of Sandra D. Guidry, the record of the case and applicable law:

IT IS ORDERED that the debtor is authorized to employ Sandra D. Guidry and the law firm of Pandit Law Firm, LLC, as special counsel to pursue the debtor's breach of contract action arising out of a federal flood insurance policy that Imperial Fire & Casualty Insurance Company provided to debtor pursuant to the NFIA, and the flooding of debtor's property in August 2016, with reasonable compensation to be paid on a one-third contingency fee basis of any and all amounts recovered, plus reimbursement of costs and disbursements allowed by the Court after notice and a hearing.

IT IS FURTHER ORDERED that special counsel shall not compromise the claim or advance any funds to the debtor, or incur any debt on debtor's behalf (other than reasonable and ordinary litigation expenses, including without limitation filing fees and the cost of preparation of deposition transcripts) without prior court approval.

IT IS FURTHER ORDERED that Sandra D. Guidry and the law firm of Pandit Law Firm, LLC, shall inform the trustee immediately upon the discovery of any possible conflict of interest that may arise.

Baton Rouge, Louisiana, September 19, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Middle District of Louisiana

In re:  
William Lin Methvien  
    Debtor

Case No. 17-11172-ddd  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 053N-3     User: jpoc     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                Form ID: pdf801     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db         +William Lin Methvien,   P.O. Box 815,   Denham Springs, LA 70727-0815  
sp         +Sandra Denise Guidry,   Pandit Law,   701 Poydras Street, Suite 3950,   New Orleans, LA 70139-7731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:  
       Annette C. Crawford     crawfordtrustee@annettecrawford.com  
       Derren S. Johnson     on behalf of Debtor William Lin Methvien derrenjohnson@aol.com, jecomonica@bellsouth.net;derrensjohnson@gmail.com;vknance@gmail.com;JohnsonDR49611@notify.bestcase.com  
       Sandra Denise Guidry     on behalf of Debtor William Lin Methvien sguidry@panditlaw.com  
       U.S. Trustee     ustp.region05@usdoj.gov  
                         TOTAL: 4